**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD M. WESSELT,<br><br>*Plaintiff,*<br><br>v.<br><br>FRANKIE T. BASILE and KIMBERLY BASILE,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 26-6102 |

**ORDER**

**AND NOW**, this 25th day of September, 2026, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 12), Plaintiff's Response (Dkt. No. 14) and Defendants' Reply (Dkt. No. 17), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint (Dkt. No. 1-3) is **DISMISSED with prejudice**.

The Clerk of Court shall close this case.

BY THE COURT:

***/s/ Gerald J. Pappert***

Gerald J. Pappert, J.